IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO TAMACAS, IAN POWELL, DELIA MARTINEZ, PABLO OLIVERA, ARLENE TUCKER, RAUL RIVERA, SOFIA NAVARRO, SHELDON FRANCIS, SHARRONE JANET FRANCIS, GISELLE CALVO, and INSHAN MOHAMMED Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>-against-<br><br>WOODMERE REHABILITATION AND HEALTH CARE CENTER INC.,<br><br>                        Defendant. | No. 2:15 Civ. 3435 (JS) (AKT)<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the claims of Plaintiffs Ian Powell, Delia Martinez, Pablo Olivera, Raul Rivera, Sofia Navarro, Sheldon Francis, Sharrone Janet Francis, Giselle Calvo and Inshan Mohammed against Defendant Woodmere Rehabilitation and Health Care Center, Inc. are hereby dismissed voluntarily, with prejudice, and without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, NY
       January 20, 2016

| | |
|---|---|
| _____<br>Brent E. Pelton, Esq.<br>Pelton & Associates, P.C.<br>111 Broadway, Suite 1503<br>New York, NY 10006<br><br>*Attorneys for Plaintiffs* | _____<br>W. Matthew Groh<br>Naness, Chaiet & Naness, LLC<br>375 North Broadway, Suite 202<br>Jericho, New York 11753<br><br>*Attorneys for Defendant* |

SO-ORDERED

_____
Hon. Joanna Seybert