DATE: 4/ 6/2016        AT: 4:30

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR MOTION CONFERENCE

DOCKET NUMBER: 15-3435

TITLE: RICARDO TAMACAS & ARLENE TUCKER -V- WOODMERE REHABILITATION & HEALTH CARE CENTER, INC.

APPEARANCES:

FOR PLAINTIFF(S): BRAD PELTON

FOR DEFENDANT(S): WILLIAM GROH


REPORTER: P. LOMBARDI

  X     CASE CALLED.

  X     COUNSEL FOR ALL SIDES PRESENT.

        COUNSEL FOR _____ NOT PRESENT.

  X     CONFERENCE HELD.


  X     OTHER: ARGUMENT HEARD ON MOTION [20] FOR PLAINTIFFS' COUNSEL TO WITHDRAW.  MOTION GRANTED.  CASE IS STAYED FOR 45 DAYS.  PLAINTIFF TAMACAS, APPEARING BY PHONE, IS DIRECTED BY THE COURT TO ADVISE WITHIN 45 DAYS WHETHER HE WILL CONTINUE *PRO SE* OR RETAIN NEW COUNSEL.  MR. PELTON WILL PROVIDE THE SAME DIRECTION ON THE COURT'S BEHALF TO PLAINTIFF TUCKER, WHO DID NOT APPEAR.  ABSENT ANY WORD FROM EITHER OR BOTH PLAINTIFFS IN THAT TIME FRAME, THEIR CLAIMS WILL BE DISMISSED WITH PREJUDICE.