# NANESS, CHAIET & NANESS, LLC

Attorneys at Law
375 North Broadway, Suite 202
Jericho, New York 11753
Telephone: (516) 827-4300
Facsimile: (516) 827-0202

Richard M. Naness
Clifford P. Chaiet
Jeffrey N. Naness*
W. Matthew Groh**

*Also admitted FL and NJ
**Also admitted in CT

April 8, 2016

**VIA FIRST CLASS MAIL**

Arlene Tucker
P.O. Box 348
Woodmere, NY 11598

Ricardo Tamacas
130 Hendrix Street
Brooklyn, NY 11207

    Re:    Tamacas v. Woodmere Rehabilitation and Health Care Center Inc.
            Civil Action No.: 15-3435(JS)(AKT)

Dear Ms. Tucker and Mr. Tamacas:

Pursuant to the Order of United States Magistrate Judge A. Kathleen Tomlinson, copy enclosed, please be advised that the conference previously scheduled before Magistrate Judge Tomlinson for April 22, 2016 has been rescheduled for May 31, 2016 at 10:00 a.m.

Very truly yours,

W. Matthew Groh

cc:    ECF (copy of this letter, the order, and proof of service)

**Matt Groh**

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Sent: | Friday, April 08, 2016 11:41 AM |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 2:15-cv-03435-JS-AKT Tamacas et al v. Woodmere Rehabilitation and Health Care Center Inc. Scheduling Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 4/8/2016 at 11:41 AM EDT and filed on 4/8/2016
**Case Name:**     Tamacas et al v. Woodmere Rehabilitation and Health Care Center Inc.
**Case Number:**   2:15-cv-03435-JS-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: In light of Judge Seybert's April 7, 2016 Order granting the motion by counsel for Ricardo Tamacas and Arlene Tucker to be relieved as counsel [DE 24] and imposing a 45 day stay of proceedings, the Court is adjourning the previously scheduled April 22, 2016 conference to May 31, 2016 at 10 a.m. Defendant's counsel is directed to serve a copy of this Order upon both Ricardo Tamacas and Arlene Tucker forthwith and to file proof of such service on ECF. Ordered by Magistrate Judge A. Kathleen Tomlinson on 4/8/2016. (Tomlinson, A.)**

**2:15-cv-03435-JS-AKT Notice has been electronically mailed to:**

Brent E. Pelton (Terminated)     pelton@peltonlaw.com, courtmail@peltonlaw.com

William Matthew Groh    matt@ncnlaw.com

Taylor B. Graham (Terminated)    graham@peltonlaw.com

Joanne Marie Albertsen (Terminated)    albertsen@peltonlaw.com

**2:15-cv-03435-JS-AKT Notice will not be electronically mailed to:**

1

Arlene Tucker

Ricardo Tamacas

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RICARDO TAMACAS, IAN POWELL, DELIA
MARTINEZ, PABLO OLIVERA, ARLENE TUCKER,
RAUL RIVERA, SOFIA NAVARRO, SHELDON
FRANCIS, SHARRONE JANET FRANCIS, GISELLE
CALVO and INSHAN MOHAMMED, Individually       Civil Action No.
And on Behalf of All Others Similarly Situated,       15-3436(JS)(AKT)

                        Plaintiffs,       AFFIDAVIT OF
                                                                                                                                                   SERVICE
      -against-

WOODMERE REHABLITATION AND HEALTH
CARE CENTER INC.,

                        Defendant.
-------------------------------------------------------------------------X

      I, Maura T. Celentano being duly sworn, deposes and says,

      1. Deponent is not a party to this action is over 18 years of age and resides in East Meadow, New York;

      2. On the 8th day of April 2016 Deponent served a letter and the accompanying order advising the *pro se* plaintiffs that the conference before Magistrate Judge A. Kathleen Tomlinson was rescheduled for 10:00 am on May 31, 2016, upon the *pro se* plaintiffs, at the below addresses, by depositing the afore-described documents in postpaid, properly addressed envelopes in a depository maintained by the U. S. Postal Service:

| | |
|---|---|
| Arlene Tucker | Ricardo Tamacas |
| P.O.Box 348 | 130 Hendrix Street |
| Woodmere, NY 11207 | Brooklyn, NY 11207 |

                                                      _____
                                                                 Maura T. Celentano

Sworn to before me this
8th day of April 2016

_____
Notary Public

W. MATTHEW GROH
Notary Public, State Of New York
No. 02GR5081176
Qualified In Suffolk County
Commission Expires July 14, 20 19